UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KELLY KNIGHT,

    Plaintiff,

v                                   CASE NO. 2:10-CV-14048-PJD-MJH
                                   HON. PATRICK J. DUGGAN

WHITE LAKE TOWNSHIP,
a Michigan municipal corporation,
and TERRY LILLEY, in his individual
and official capacities, and DONNA LILLEY,
an individual, jointly and severally,

    Defendants.
_____

_____

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

At a session of said Court, held in the
Eastern District of Michigan   on   July 22, 2011.

PRESENT:  HONORABLE PATRICK J. DUGGAN
                 UNITED STATES DISTRICT COURT JUDGE

This matter having come before the court on the stipulation of the parties, and the Court being fully advised:

IT IS HEREBY ORDERED that all claims against WHITE LAKE TOWNSHIP, TERRY LILLEY and DONNA LILLEY, are dismissed with prejudice, and without costs as to any party. This is a final Order of the Court which resolves the last pending claim and closes the file.

                                                            s/Patrick J. Duggan
                                                             Patrick J. Duggan
                                                              United States District Judge

Dated: July 22, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on Friday, July 22, 2011, by electronic and or ordinary mail.

                                                                s/Marilyn Orem
                                                                Case Manager

Entry of this Order is Approved:

| | |
|---|---|
| s/Jeffrey A. Buehner (with consent) | s/Laura Amtsbuechler |
| Jeffrey A. Buehner (P54871) | LAURA AMTSBUECHLER  (P36972) |
| Attorney for Plaintiff | Attorney for Defendants |
| 31700 W. 13 Mile Rd., Ste. 96 | 34405 W. 12 Mile Rd., Ste. 200 |
| Farmington Hills, MI  48334 | Farmington Hills, MI  48331-5627 |
| (248) 865-9640 | (248) 489-4100 |
| jb@jeffreybuehner.com | lamtsbuechler@jrlaf.com |
| | |
| s/Stuart B. Cooney (with consent) | s/Gregory K. Need (with consent |
| Stuart B. Cooney (P25900) | Gregory K. Need (P28993) |
| Attorney for Defendant, Donna Lilley | Co-Counsel for Defendants |
| 6480 Citation Drive | 40950 Woodward Ave., Ste. 300 |
| Clarkston, Michigan 48346 | Bloomfield Hills, MI  48304 |
| (248) 625-0600 | (248) 540-7400 |
| scooney@karlstromcooney.com | gneed@ANAfirm.com |